# NO. 12-22-00009-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: SEIDLER OIL & GAS DEVELOPMENT, INC. AND CHAMBERLAIN RESOURCES, LLC, RELATORS* | § § § | *ORIGINAL PROCEEDING* |

## MEMORANDUM OPINION
### PER CURIAM

Seidler Oil & Gas Development, LLC and Chamberlain Resources, LLC filed a petition for writ of mandamus challenging Respondent's order denying Chamberlain Resources, LLC's motion to dismiss for want of prosecution the lawsuit filed by Real Party in Interest Multi-Shot, LLC d/b/a MS Energy Services.[1] On April 6, 2022, this Court conditionally granted the petition and directed Respondent to vacate her order of December 13, 2021, in which she denied Chamberlain's motion and render an order granting said motion and dismissing MS Energy's suit against Relators for want of prosecution. By an order signed on April 20, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered April 29, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Pam Foster Fletcher, Judge of the 349th District Court in Houston County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 29, 2022**

**NO. 12-22-00009-CV**

**SEIDLER OIL & GAS DEVELOPMENT, INC.
AND CHAMBERLAIN RESOURCES, LLC,**
Relators
V.

**HON. PAM FOSTER FLETCHER,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Seidler Oil & Gas Development, Inc. and Chamberlain Resources, LLC; who are the relators in appellate cause number 12-22-00009-CV and the defendants in trial court cause number 15-0076, pending on the docket of the 349th Judicial District Court of Houston County, Texas. Said petition for writ of mandamus having been filed herein on January 14, 2022, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*